**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**YVONNE ROBINSON** **PLAINTIFF**

**v.** **Case No. 4:25-cv-00678-LPR**

**LITTLE ROCK SCHOOL DISTRICT** **DEFENDANT**

**JUDGMENT**

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) the ADA and ACRA claims are dismissed with prejudice, and (2) judgment is entered in favor of the Defendant on the FMLA retaliation claim.

IT IS SO ADJUDGED this 16th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE